FILED

MAY 06 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 12-CR-757-GT |
| Plaintiff, | |
| v. | **ORDER CONTINUING  HEARING RE: REVOCATION OF SUPERVISED RELEASE** |
| ANTONIO MOYA-VALDEZ, | |
| Defendant. | |

   **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the hearing re: revocation of supervised release currently scheduled for May 18, 2015 be rescheduled for **May 22, 2015, at 9:30 a.m.**  Defense brief now due May 7, 2015 and government reply brief due May 14, 2015.

   **IT IS SO ORDERED.**

DATED: 5-6-15

HONORABLE GORDON THOMPSON, JR.
United States District Judge

1